# UNITED STATES DISTRICT
# DISTRICT OF MAINE

| STEVEN HEATH, | Before: Jon D. Levy |
| Plaintiff(s) | U.S. District Judge |
| | Case No.: 2:13-cv-00386-JDL |
| v. | Court Reporter: Lori Dunbar |
| | Courtroom Deputy: Neala Dunfey |
| MEGAN BRENNAN, | Interpreter/Language: N/A |
| Defendant(s) | Date:  11/3/2015 |
| | 11/4/2015 |
| | 11/5/2015 |
| | 11/6/2015 |
| | 11/9/2015 |
| | 11/10/2015 |

## COURTROOM MINUTES: TRIAL PROCEEDINGS

Appearances:

Plaintiff(s):      Michael X. Savasuk, Esq.
                   Jonathan M. Goodman, Esq.
Defendant(s):      John G. Osborn, AUSA.
                   Andrew K. Lizotte, AUSA.
Type of Counsel:  Retained

## Bench Trials:

☐ **Bench Trial Began on:**
☐ **Bench Trial Continued/Held on:**
☐ **Bench Trial Concluded on:**
☐ **Court Verdict**:

## Jury Trials:

☒ **Jury Trial Began on:** 11/3/2015
☒ **Jury Trial Continued/Held on:** 11/4/2015, 11/5/2015, 11/6/2015, 11/9/2015, 11/10/2015
☒ **Jury Trial Concluded on** 11/10/2015
☒ Jury retired to deliberate at 11:30 AM on 11/10/2015
☒ Court orders the Clerk's Office to provide a meal to the jury for jury deliberation on 11/10/2015
☒ Prepare Kepreos Order and have copies for jury when verdict is returned

☒ Prepare Certificates of Appreciation for Jurors
☒ Jury returned verdict at 4:30 PM on 11/10/2015
☒ Jury Polled          ☐ Polling Waived

## For Bench Trials & Jury Trials:

☐ Conference of Counsel held on:

☐ Frye Colloquy held on: (Criminal Cases only)

☒ Charge Conference held on 11/9/2015 pursuant to Fed. R.Civ.P 51(b)(1)
  Court Reporter present for charge conference ☐ **No**  ☒ **Yes**
☒ Parties provided with opportunity to object on the record and out of the jury's hearing before the instructions and closing arguments are delivered, pursuant to Fed. R. Civ. P. 51(b)(2)
☒ **Oral Motions**: (Specify Date and Motion and/or Ruling Below):

| Motion | Ruling |
|---|---|
| • **11/5/15 – Defendant's Oral Motion for Judgment as a Matter of Law**<br><br>• **11/9/15 – Defendant's Renewed Oral Motion for Judgment as a Matter of Law** | • **11/6/15 – Oral Order Reserving Ruling on Defendant's Oral Motion for Judgment as a Matter of Law**<br>• **11/9/15 – Oral Order Reserving Ruling on Defendant's Oral Motions for Judgment as a Matter of Law**<br>• **11/9/15 – Oral Order on Motion in Limine #144: The outstanding portion of this motion is denied as moot for reasons stated on the record** |

☒ **Motions taken under advisement**: Defendant's Oral Motions for Judgment as a Matter of Law

☐ **Other/Notes**:

*\*\*\*Note: Exhibit and Witness Lists are filed separately.*