UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| STEVEN HEATH, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MEGAN BRENNAN, )<br>Postmaster General, )<br>)<br>Defendant. ) | U.S. DISTRICT COURT<br>PORTLAND, MAINE<br>RECEIVED AND FILED<br><br>2:13-cv-00386-JDL<br>2015 NOV 10 P 4:46<br><br>_____<br>DEPUTY CLERK |

## JURY VERDICT FORM

1. Has Steven Heath proven to you by a preponderance of the evidence that the Postal Service is liable for failing to provide him with a reasonable accommodation for his disability on September 9, 2006?

   Yes __✓__   No _____

   If you answered "Yes" to Question #1, proceed to Question #2.

   If you answered "No" to Question #1, answer no further questions, and date and sign the jury verdict form.

2. What amount of back pay damages, if any, do you award Steven Heath?

   $ 60,000.00

   After answering Question #2, proceed to Question #3.

3. What amount of compensatory damages, if any, do you award Steven Heath?

   $ 70,000.00

   After answering Question #3, proceed to Question #4.

4. What amount of pecuniary damages, if any, do you award Steven Heath?

   $ 20,000.00

Dated: [redacted] Nov 10, 2015     Redacted by the Clerk's Office

_____
Jury Foreperson